| | |
|---|---|
| 1 | DAVID L. ANDERSEN (S.B. No. 50010) |
| | ANDERSEN & ZIMMER |
| 2 | 385 GRAND AVENUE, SUITE 300 |
| | OAKLAND, CA 94610 |
| 3 | (510)835-4952 FAX (510)835-4958 |
| 4 | ATTORNEY FOR ELENA RAE ONTIVEROS |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UNITED STATES, )
         Plaintiff(s), )  Action No.  3:12-MJ-70294
v. ) **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE**
ELENA RAE ONTIVEROS )
         Defendant(s). )

Defendant, ELENA RAE ONTIVEROS, through her counsel, David L. Andersen, and the United States, through its counsel, Melina Haag, United States Attorney, and Assistant United States Attorney, W.S. Wilson Leung, respectfully submit this stipulation and proposed order to request that the above captioned matter be continued to August 23, 2012.

The parties hereby stipulate and agree to the following:

1. Defendant Elena Rae Ontiveros was charged in a criminal complaint dated March 13, 2012, with violating Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2. Ms. Ontiveros was arrested and subsequently presented before the Honorable Nathanael M. Cousins on March 15, 2012. On March 20, 2012, Ms. Ontiveros was ordered released subject to an unsecured $50,000 personal recognizance bond and other conditions.

2. Since Ms. Ontiveros's initial appearance, the parties have been trying to reach a disposition of this matter prior to the filing of an indictment. The parties continue to pursue these discussions and require additional time for this purpose.

3. Accordingly, the parties respectfully request that the July 27, 2012, preliminary hearing be continued until August 23, 2012, in order to allow the parties to pursue their plea

discussions. Should this request be granted, the parties submit that time should be properly excluded under the Speedy Trial Act until the August 23, 2012, in the interests of justice and to ensure the effective assistance of counsel.

DATED: July 23, 2012

                                                */s/ David L. Andersen*
                                                David L. Andersen
                                                Attorney for Elene Rae Ontiveros

DATED: July 23, 2012

                                                */s/ W.S. Wilson Leung*
                                                W.S. Wilson Leung
                                                Assistant United States Attorney

**FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT** the July 27, 2012, preliminary hearing in the above-captioned matter is continued until August 23, 2102, and time under the Speedy Trial Act shall be excluded through August 23, 2012.

DATED: July _26_, 2012

                                                Hon. Maria Elena James
                                              United States Magistrate Judge